# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HASTINGS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>FINANCIAL CORPORATION OF AMERICA,<br><br>        Defendant. | Case No. 2:16-cv-00479-MMD-GWF<br><br>**ORDER** |

This matter is before the Court on the Stipulation for An Extension of Time for Plaintiff to Respond to Defendant's Motion to Stay (#13) filed May 10, 2016. Upon review and consideration,

**IT IS HEREBY ORDERED** that the Stipulation for An Extension of Time for Plaintiff to Respond to Defendant's Motion to Stay (#13) is **granted**. Plaintiff has until on or before June 10, 2016 to respond to Defendant's Motion to Stay (#10). Defendant's reply is due within seven days after Plaintiff's Response is filed.

**IT IS FURTHER ORDERED** that the hearing on June 1, 2016 is rescheduled for **Thursday, June 23, 2016** at 9:30 a.m.

DATED this 12th day of May, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge